Lanxter Lamont KUYKENDALL,
Petitioner–Appellant,

v.

Ronald J. ANGELONE, Director of the
Virginia Department of Corrections,
Respondent–Appellee.

No. 01–7322.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 10, 2001.

Lanxter Lamont Kuykendall, pro se. Michael Thomas Judge, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Lanxter Lamont Kuykendall seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Kuykendall v. Angelone*, No. CA–00–838 (E.D.Va. Aug. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*